UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24914-RAR

**ENRIQUE ALVEAR**,

    Plaintiff,

v.

**BOARDRIDERS RETAIL, INC.**
d/b/a **QUIKSILVER**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court for a status conference on January 24, 2024, [ECF No. 12], during which the parties informed the Court that they are working towards resolving this matter without the need for protracted litigation and are amenable to an administrative stay in order to facilitate settlement efforts. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents with the Court on or before **February 23, 2024**.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January, 2024.

                                                     _____
                                                   **RODOLFO A. RUIZ II**
                                                   **UNITED STATES DISTRICT JUDGE**